JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,

    Plaintiff,

v.

JEANPAUL ZEAANDIA *et al.*,

    Defendants.

Case No. 2:25-cv-09624-CBM-KS

**JUDGMENT**

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Plaintiff's Motion to Dismiss Counts I, II, and IV of Plaintiff's Complaint, judgment is hereby entered in favor of Plaintiff Innovative Sports Management, Inc., d.b.a. Integrated Sports Media, and against Defendants Jeanpaul Zeaandia a/k/a Jean Paul Zea a/k/a Jean Paul Zea Andia a/k/a Keam P. Andia, individually and d/b/a El Aji Picante and El Aji Picante Fine Peruvian Cuisine Inc, an unknown business entity d/b/a El Aji Picante, in the amount of $750.00.

DATED: April 24, 2026.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1